IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Walker, William E

Printed: 12/23/08

Case Number:  06 B 08833
Judge:  Goldgar, A. Benjamin
Filed:  7/25/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 9, 2008
Confirmed:  October 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,360.90 |  |
| Secured: |  | 1,950.19 |
| Unsecured: |  | 7,110.36 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 643.06 |
| Other Funds: |  | 657.29 |
| Totals: | 12,360.90 | 12,360.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Patrick A Meszaros | Administrative | 2,000.00 | 2,000.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 3,000.00 | 1,950.19 |
| 6. | Countrywide Home Loans Inc. | Secured | 16,042.77 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 50.00 | 110.63 |
| 8. | JP Morgan Chase Bank | Unsecured | 2,200.47 | 4,868.58 |
| 9. | ECast Settlement Corp | Unsecured | 634.13 | 1,403.02 |
| 10. | Capital Recovery Systems | Unsecured | 10.85 | 15.15 |
| 11. | Midwest Verizon Wireless | Unsecured | 48.07 | 106.34 |
| 12. | Portfolio Recovery Associates | Unsecured | 274.19 | 606.64 |
| 13. | Student Finance | Unsecured |  | No Claim Filed |
| 14. | American General Finance | Unsecured |  | No Claim Filed |
| 15. | Chase | Unsecured |  | No Claim Filed |
| 16. | Bank Of America | Unsecured |  | No Claim Filed |
| 17. | Nicor Gas | Unsecured |  | No Claim Filed |
| 18. | American General Finance | Unsecured |  | No Claim Filed |
| 19. | CB USA | Unsecured |  | No Claim Filed |
| 20. | Park National Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,260.48 | $ 11,060.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Walker, William E

Printed: 12/23/08

Case Number:  06 B 08833
Judge:  Goldgar, A. Benjamin
Filed:  7/25/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 157.97 |
| 5.4% | 303.24 |
| 6.5% | 181.85 |
|  | $ 643.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

